McGREGOR W. SCOTT
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2909



FILED

DEC 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-MJ-0434 ~~EFB~~ |
| Plaintiff, | APPLICATION TO UNSEAL ARREST WARRANT, COMPLAINT, ACCOMPANYING AFFIDAVIT, PETITION TO SEAL AND ORDER TO SEAL; [PROPOSED] ORDER |
| v. | |
| DEAN EDWARD HUDSON, | |
| Defendant. | |

APPLICATION

On December 12, 2008, this Court issued an arrest warrant, complaint, accompanying affidavit, application to seal and order to seal for the captioned matter, and sealed the same. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government respectfully requests that the arrest warrant, complaint, accompanying affidavit, petition to seal, order to

///
///
///

seal, and any other documents sealed pursuant to the Court's December 12, 2008, order be unsealed.

DATED: December 15, 2008

>Respectfully submitted,
>
>McGREGOR W. SCOTT
>United States Attorney
>
>By: /s/ Jean M. Hobler
>JEAN M. HOBLER
>Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, complaint, accompanying affidavit, petition to seal, order to seal, and any other documents sealed pursuant to the Court's December 12, 2008, order for the captioned matter be UNSEALED.

Date: December 15, 2008

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

2