McGREGOR W. SCOTT
United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:08-mj-00434-EFB |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING TO JANUARY 7, 2009; ORDER |
| v. | |
| DEAN EDWARD HUDSON, | |
| Defendant. | |

Defendant, Dean Edward Hudson, through his attorney of record, Mary M. French, and the United States of America, through Assistant U.S. Attorney Jean M. Hobler, agree as follows:

Based upon the cancellation of the Grand Jury previously scheduled to convene on December 31, 2008, it is hereby stipulated that the preliminary hearing currently set for January 5, 2009, be vacated and a new preliminary hearing be scheduled on January 7, 2009 at 2:00 p.m.  Pursuant to this agreement, insofar as necessary under Federal Rule of Criminal Procedure 5.1(c), defendant, who is not in custody, agrees to extend the time for preliminary hearing consistent with the schedule set forth in

1 | this stipulation.

2 |     Accordingly, the parties request that the preliminary
3 | hearing set for January 5, 2009 at 2:00 p.m. be continued to
4 | January 7, 2009 at 2:00 p.m.

5 |     Counsel for the United States and for defendant have
6 | consulted, have agreed to the new dates, and Ms. French has
7 | authorized Ms. Hobler to sign on her behalf.

DATED: December 30, 2008

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By: /s/ Jean M. Hobler
                                JEAN M. HOBLER
                                Assistant U.S. Attorney

                                DANIEL J. BRODERICK
                                Federal Defender

                            By: /s/ Mary M. French
                                MARY M. FRENCH
                                Assistant Federal Defender

                                ORDER

    Good cause appearing therefore, IT IS HEREBY ORDERED that the preliminary hearing set for January 5, 2009, at 2:00 p.m. be continued to January 7, 2009, at 2:00 p.m.

Date: December 30, 2008

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE