```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorney for Defendant
DEAN EDWARD HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR S-09-0003 EJG |
| Plaintiff, | ) |
| | ) DEFENDANT'S WAIVER OF APPEARANCE |
| v. | ) |
| | ) Judge: Hon. Edward J. Garcia |
| DEAN EDWARD HUDSON, | ) |
| Defendant. | ) |

Pursuant to Fed.R.Crim.P. 43, defendant, DEAN EDWARD HUDSON, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by

the presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: January 23, 2009

*/s/ Dean E. Hudson*
DEAN EDWARD HUDSON
(Original retained in file)

I concur in Mr. Hudson's decision to waive his presence at future proceedings.

Dated: January 23, 2009          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 */s/ Mary M. French*
                                 MARY M. FRENCH
                                 Supervising Assistant
                                 Federal Defender
                                 Attorney for Defendant
                                 DEAN EDWARD HUDSON

IT IS SO ORDERED.

Dated: February 4, 2009

                                 /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA
                                 United States District Judge