```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEAN EDWARD HUDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-0003 EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| DEAN EDWARD HUDSON, | ) |
| | ) Date: March 27, 2009 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Edward J. Garcia |
| _____ | ) |

It is hereby stipulated between the parties, Jean Marie Hobler, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, DEAN EDWARD HUDSON, that the Status Conference hearing date of February 20, 2009, be vacated and a new Status Conference hearing date of March 27, 2009, at 10:00 a.m. be set.

This continuance is requested because defense counsel is in the process of reviewing substantial discovery materials and conducting investigation.

It is further stipulated that the period from February 20, 2009, through and including March 27, 2009, should be excluded pursuant to

///

///

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: February 18, 2009

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Mary M. French*

                                            _____
                                            MARY M. FRENCH
                                            Supervising Assistant Federal Defender
                                            Attorney for Defendant
                                            DEAN EDWARD HUDSON

Dated: February 18, 2009              LAWRENCE G. BROWN
                                            Acting United States Attorney

                                            */s/  Mary M. French for*
                                                 *Jean Marie Hobler*

                                            _____
                                            JEAN MARIE HOBLER
                                            Assistant U.S. Attorney

                                      **ORDER**

**IT IS SO ORDERED.**

Dated: February 18, 2009


                                      /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge